UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:20-cv-20101-KMW

JENNIFER ARTEAGA,

    Plaintiff,

v.

DUTY FREE RETAIL GROUP, LLC,
and SANFREE OF MIAMI, LLC *d/b/a*
ONI ESSENCE,

    Defendants.
_____/

**DEFENDANTS' AGREED MOTION FOR EXTENSION OF TIME
TO RESPOND TO PLAINTIFF'S COMPLAINT**

Defendants, DUTY FREE RETAIL GROUP, LLC and SANFREE OF MIAMI, LLC, *d/b/a* ONI ESSENSE ("Defendants"), by and through their undersigned counsel, hereby file their Agreed Motion for Extension of Time to Respond to Plaintiff's Complaint, and in support thereof state as follows:

1. On or about January 9, 2020, Plaintiff filed her Complaint.

2. Defendants' Response to Plaintiff's Complaint is due on February 10, 2020.

3. Undersigned counsel was just retained and requires additional amount of time to prepare and file Defendants' Response to the Complaint.

4. Accordingly, Defendants respectfully request a three (3) week extension of time, up to and including March 2, 2020, to file their Response to the Complaint.

5. Undersigned counsel has conferred with Plaintiff's counsel and Plaintiff's counsel agrees with this request for extension.

1

6.   This request for an extension of time is made in good faith, and not for any dilatory purpose.

**WHEREFORE**, Defendants respectfully request that the Court enters an Order granting a three (3) week extension of time, up through and including March 2, 2020, to respond to Plaintiff's Complaint.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of February 2020, I filed this document with the Clerk of the Court using the CM/ECF system which will automatically send a notice of electronic filing to all counsel of record.

Respectfully submitted,

*s/ Maritza I. Gomez*_____
Maritza I. Gomez, Esq.
Florida Bar No. 21663
Email: mgomez@kdvlaw.com
Bruce S. Liebman, Esq.
Fla. Bar No. 64084
Email: bliebman@kdvlaw.com

KAUFMAN DOLOWICH & VOLUCK, LLP
100 SE 3rd Avenue, Suite 1500
Fort Lauderdale, Florida 33301
Telephone:   (954) 302-2360
Facsimile:     (888) 464-7982
*Attorneys for Defendants*